UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>ROSA CRUZ, et al.,<br><br>Defendants. | Case No. 22-cv-05304-TLT<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR**<br><br>Re: ECF No. 41 |

Both Plaintiff's counsel and Defendant Rosa Cruz failed to appear at the case management conference on April 20, 2023. Accordingly, both parties are **ORDERED** to **SHOW CAUSE** why the Court should not impose sanctions for their non-appearance. Each party shall file a separate response no later than **April 28, 2023**.

Due to the parties' non-appearance, the Court **SCHEDULES** a further case management conference for **July 27, 2023**, at 2 PM via Zoom. The hearing link can be found on the Court's website at https://www.cand.uscourts.gov/trina-l-thompson/. Parties shall file separate case management statements by **July 20, 2023**.

In addition, the Court notes that there is an outstanding Order to Show Cause against Cruz. The Court understands from Cruz's response that she was unavailable at the prior case management conference held on March 16, 2023, due to a medical procedure. *See* ECF No. 38. However, Cruz did not address the failure to comply with General Order 56, such as the required joint site inspection. Cruz may address this in the response due April 28, 2023.

The parties next appear before Magistrate Judge Alex G. Tse for a settlement conference on June 21, 2023. ECF No. 36.

//

1   **IT IS SO ORDERED.**

2   Dated: April 20, 2023

 

 

TRINA L. THOMPSON
United States District Judge